IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| NEW HIGH-TECH ENTERPRISE COMPANY INC. | § § § § | |
| v. | § § | CASE NO. 4:18-cv-01962 |
| INTERWORKS UNLIMITED, INC., ERIC H. LU AKA ERIC LU, AND ZHU HUAN LU AKA ZHU H. LU | § § § § | |

## SUGGESTION OF BANKRUPTCY AND NOTICE OF AUTOMATIC STAY

TO THE HONORABLE OF SAID COURT:

Interworks Unlimited, Inc., Defendant in the above-captioned cause, notifies the Court and the parties of the voluntary bankruptcy petition of Interworks Unlimited, Inc. ("Interworks"), and in support thereof would respectfully show as follows:

On July 9, 2019, Interworks filed a petition under Chapter 7 of Title 11 of the United States Bankruptcy Code and was assigned Case Number 2:19-bk-17990-VZ by the United States Bankruptcy Court for the Central District of California. Consequently, pursuant to 11 U.S.C. §362, all legal proceedings against Interworks are stayed.

WHEREFORE, Interworks hereby advises the Court of the pending Chapter 7 bankruptcy proceeding, and requests that this proceeding against Interworks be stayed without further action until the Bankruptcy Court dismisses the Case or enters an order terminating the automatic stay.

Respectfully submitted,

By: */s/ Kenton Andrews*
KENTON ANDREWS
Federal Bar No. 1348731
Texas Bar No. 24069303
KAndrews@andrewsmyers.com
Andrews Myers P.C.

1885 Saint James Place, 15th Floor
Houston, Texas 77056
Telephone – 713-850-4200
Facsimile – 713-850-4211

**ATTORNEY-IN-CHARGE FOR DEFENDANTS, INTERWORKS UNLIMITED INC., ERIC LU, AND ZHU H. LU**

**OF COUNSEL:**

**LAW OFFICES OF ROGER C. HSU**
ROGER C. HSU (pro hac vice pending)
California and Federal Bar No. 170589
CHARLES R. SUTTON (pro hac vice pending)
California and Federal Bar No. 182160
175 South Lake Avenue, Suite 210
Pasadena, California 91101
Telephone – 626-792-7936
Facsimile – 626-685-2859

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument has been delivered to all counsel of record listed below under the Texas Rules of Civil Procedure on the 10th day of May, 2019.

*Via Email*
Keith D. Peterson
LAW OFFICE OF KEITH D. PETERSON
9601 Jones Rd., Suite 240
Houston, Texas 77065

Craig Corsini
Hnoyi Chen
LAI, CORSINI, & LAPUS, LLC
5800 Ranchester Drive, Suite 200
Houston, Texas 77036

             */s/ Kenton Andrews*
             Kenton Andrews