UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| NEW HIGH-TECH ENTERPRISE COMPANY INC., | § § § § | |
| Plaintiff, | § | |
| VS. | § § | CIVIL ACTION NO. 4:18-CV-1962 |
| INTERWORKS UNLIMITED INC., *et al*, | § § § | |
| Defendants. | § | |

## ORDER

The Court has been advised that Defendant Interworks Unlimited, Inc. is under the protection of the automatic stay in Bankruptcy. Accordingly, the captioned case shall be **ADMINISTRATIVELY CLOSED** as to Defendant Interworks Unlimited, Inc. only.

The Clerk shall enter this Order and provide a copy to all parties.

SIGNED on this the 11th day of July, 2019, at Houston, Texas.

**VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE**