United States District Court
Southern District of Texas

**ENTERED**
December 18, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| NEW HIGH-TECH ENTERPRISE COMPANY INC. § § § *Plaintiff,* § § v. § § INTERWORKS UNLIMITED INC., § ERIC H. LU AKA ERIC LU, AND § ZHU HUAN LU AKA ZHU H. LU § § *Defendants.* § | CASE NO. 4:18-cv-01962 |

## ORDER ~~GRANTING~~ DENYING PLAINTIFF'S MOTION TO STRIKE DEFENDANTS' ~~MOTION FOR~~ REQUEST FOR LEAVE TO AMEND

Having considered Plaintiff's Motion to Strike Defendants' Motion for Leave to Amend, all arguments made for and against by the Parties' respective counsel, and other evidence submitted, the Court finds that Plaintiff's Motion should be DENIED.

SIGNED on this 18th day of DEC, 2020.

_____
Vanessa D. Gilmore
United States District Judge