United States District Court
Southern District of Texas
**ENTERED**
December 18, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| NEW HIGH-TECH ENTERPRISE COMPANY INC. | § § § § § | |
| *Plaintiff,* | | |
| vs. | § § | CASE NO. 4:18-CV-01962 |
| INTERWORKS UNLIMITED INC., ERIC H. LU AKA ERIC LU, AND ZHU HUAN LU AKA ZHU H. LU, | § § § § § | |
| *Defendants* | § | |

## ORDER DENYING DEFENDANT'S MOTIONS TO STRIKE

CAME TO BE CONSIDERED, Plaintiff's Motion to Strike Defendants' Third Amended Answer to Plaintiff's Amended Complaint and Third Amended Counterclaim (Dkt #77) should be DENIED.

It is accordingly hereby ORDERED that Plaintiff's Motion to Strike Defendants' Third Amended Answer to Plaintiff's Amended Complaint and Third Amended Counterclaim (Dkt #77) IS hereby DENIED.

DEC. 18, 2020

_____
THE HONORABLE JUDGE PRESIDING