# EXHIBIT 3



Exhibit 3