# EXHIBIT 6









**Kem**

> I did my part...I have the payment ready for you...

> Fillmore asked to unload and count each units...before giving you the check...that's his instruction...

*Nov 8, 2017 2:09 AM*

> I am a man! I got the 250k ready for New Hi Tech last Wednesday...

> That's what I promised

> It was done

*Nov 8, 2017 2:15 AM*

How do you say when you borrow money?

Without money, there are difficulties, but also can't afford

Interworks 0027



Interworks 0028



