**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **NEW HIGH-TECH ENTERPRISE** | § | |
| **COMPANY INC.** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **vs.** | § | **CASE NO. 4:18-CV-01962** |
| | § | |
| **INTERWORKS UNLIMITED INC.,** | § | |
| **ERIC H. LU AKA ERIC LU, AND** | § | |
| **ZHU HUAN LU AKA ZHU H. LU,** | § | |
| | § | |
| *Defendants* | § | |

**STIPULATION FOR DISMISSAL**
**WITH PREJUDICE**

The Parties to this action, acting through undersigned counsel, and under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate, in consideration of a negotiated settlement executed by them (the "Settlement Agreement"), to the dismissal with prejudice of this action, including all claims and counterclaims stated herein against all Parties, with each Party to bear their own attorney's fees and costs.

IT IS SO STIPULATED.

Dated: May 25, 2021

/s/ *Brian M. Gargano*
Brian M. Gargano
NGUYEN & CHEN, LLP
*Attorneys for Plaintiff and Counterclaim*
*Defendant New High-Tech Enterprise*

Dated: May 25, 2021

/s/ Patrick C. Bates-*with permission*
Patrick C. Bates
MURRAY|LOBB, PLLC

*Attorneys for Defendants and Counterclaim*
*Plaintiffs Eric H. Lu and Zhu Huan Lu*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on May 25, 2021, a true and correct copy of the above and foregoing was served upon the following parties and/or counsel of record in accordance with Federal Rules of Civil Procedure.

<u>***Via E-Service:***</u>
Patrick C. Bates
Murray Lobb, PLLC
700 Gemini, Suite 220
Houston, Texas 77058
(281) 488-0630
(281) 488-2039 Fax

***ATTORNEY FOR DEFENDANTS***

*/s/ Brian M. Gargano*
Brian M. Gargano