United States District Court
Southern District of Texas
**ENTERED**
May 25, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| NEW HIGH-TECH ENTERPRISE COMPANY INC., § § § Plaintiff, § VS. § ERIC H LU; aka ERIC LU, *et al*, § § Defendants. § | CIVIL ACTION NO. 4:18-CV-1962 |

## ORDER OF DISMISSAL

In accordance with the Stipulation for Dismissal, this action is DISMISSED with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**SIGNED** on this 25th day of May, 2021.

_____
**VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE**